IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AMERICAN HONDA FINANCE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSPACIFIC HOLDINGS, LLC, BARRY USHER, AND BRIAN CEBULL,<br><br>Defendants. | CV 20-170-BLG-SPW-TJC<br><br>ORDER |

Upon Stipulation for Dismissal with Prejudice (Doc. 61) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

DATED this 14th day of December, 2021.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1